PHILIP KLEIN, Respondent, v. BRUCK-WEISS MILLINERY, INC., and Others, Appellants.— Order modified by providing that the examination shall be concluded on the day to be fixed by the order of this court to be entered hereon and

as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.